THE PEOPLE OF THE STATE OF NEW YORK ex rel. ULYSSES B. RUSSELL, Appellant, *v.* WILLIAM J. DOTY, as County Treasurer of Chautauqua County, Respondent.

*Tax — sale for taxes — right to redeem — failure to serve notice of sale upon occupant of lands.*

People ex rel. Russell v. Doty, 202 App. Div. 781, affirmed.

(Submitted October 6, 1922; decided October 24, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1922, which dismissed a writ of certiorari and confirmed a determination of the Chautauqua county treasurer permitting the redemption of certain real property in the village of Lakewood, which had been sold for taxes. A commissioner, appointed under section 137 of the Tax Law to determine the question of the right of the owner to redeem, reported " that such lands were during the years 1917, 1918, 1919, 1920 and 1921 occupied and in view of the fact that no notice was served as prescribed in section 134 of the Tax Law that the title owner of the lands was entitled to redeem the same, by paying the amounts necessary for such purposes as provided in section 137 of the Tax Law."

*Arthur E. Laudenslager* for appellant.

*J. S. Fowler* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.